NITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jintia N.J., | |
| Petitioner, | ORDER FOR DISMISSAL OF PETITION OF WRIT OF HABEAS CORPUS |
| v. | |
| Pamela Bondi, et al., | Civil File No. 26-01110 (MJD/DLM) |
| Respondents. | |

Taylor Jon Volkman, Counsel for Petitioner,

David W. Fuller, David R. Hackworthy, Trevor Brown, Assistant United States Attorneys, Counsel for Respondents.

On February 9, 2026, the parties filed a joint Stipulation of Dismissal Without Prejudice for all claims in this action. [Doc. 6.] Based on that Stipulation, Petitioner Jintia N.J.'s Petition for Writ of Habeas Corpus [Doc. 1] is **DISMISSED WITHOUT PREJUDICE** and the judgment will be entered accordingly. Each party shall bear their own costs, disbursements, and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   February 11, 2026          s/Michael J. Davis
                                    Michael J. Davis
                                    United States District Court