# UNITED STATES DISTRICT COURT

## District of Minnesota

Jintia Franklin Naanch Jimpikit

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01110-MJD-DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Petitioner Jintia N.J.'s Petition for Writ of Habeas Corpus [Doc. 1] is DISMISSED WITHOUT PREJUDICE and the judgment will be entered accordingly. Each party shall bear their own costs, disbursements, and attorney's fees.

Date: 2/11/2026

KATE M. FOGARTY, CLERK